Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of Arizona

_____ Division

Gregory Micheal Ellis

)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Circle K Corporation Store #2701603,
Circle K Corporation.
Kathleen Marie Morse

)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. CV-18-01842-PHX-JAT

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gregory Micheal Ellis |
| Street Address | 2743 W Montebello Avenue |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ  85017 |
| Telephone Number | 602-791-6123 |
| E-mail Address | gregorymellis@msn.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Circle K Corporation Store #2701603 |
| Job or Title *(if known)* | Management, Khalid Houssein/Store Mgr, Tom/District Mgr |
| Street Address | 1501 W McDowell Road |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ,   85007 |
| Telephone Number | 602-253-1598 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Circle K Corporation |
| Job or Title *(if known)* | |
| Street Address | 1130 W Warner Road |
| City and County | Tempe, Maricopa |
| State and Zip Code | AZ  85284 |
| Telephone Number | 602-728-8000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kathleen Marie Morse |
| Job or Title *(if known)* | Clerk-Circle K Store #2701603 |
| Street Address | 7120 W Maryland Avenue |
| City and County | Glendale, Maricopa |
| State and Zip Code | Arizona    85303 |
| Telephone Number | 602-460-3150 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC Title VII of the Civil Rights Act of 1964
The entire United States is covered by the Federal Civil Rights Act of 1964, which prohibits discrimination by privately owned places of public accommodation on the basis of race, color, religion or national origin. Places of "public accommodation" include hotels, restaurants, theaters, banks, health

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

            The defendant, *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

      Circle K-Store #2701603
      1501 W McDowell Road
      Phoenix, AZ   85007

B.    What date and approximate time did the events giving rise to your claim(s) occur?

      June 8th, 2018 08:00pm (20:00hrs) through July 9th, 2018 04:00am (04:00hrs)

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
       Was anyone else involved?  Who else saw what happened?)*
       Phoenix Police were called on me for using Circle K services at this particular location, after my vehicle
       was disabled due to a broken belt, for trespassing when I have never done anything on their premises to
       deserve removal. I had already used services at this location earlier in the evening with no problem.
       Phoenix Police could have arrested me, if so inclined, and when contacted by District Manager, was told
       they would keep calling until there was an arrest. Yes, there are witnesses to the police arriving and to
       the intentions of the clerk.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.
Irreparable compensation can not be measured because management called police to intentionally have plaintiff
arrested for no other reason than to show color of power over the plaintiff, damage his criminal record, and lack of
knowledge with minorities and police, could have escalated the whole situation into a more explosive result than
just incarceration and a criminal record. Plaintiff was legally armed with a holstered firearm.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.
Five Million United States Dollars (5,000,000.00 USD)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           06/29/2018

Signature of Plaintiff        *Gregory Micheal Ellis*
Printed Name of Plaintiff     Gregory Micheal Ellis

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address